Jon C. Furgison (CA Bar No.: 205761)
LAW OFFICES OF JON C. FURGISON
444 Longfellow Avenue
Hermosa Beach, CA 90254
Tel: 310-356-6890

*Counsel for Plaintiff*

**IT IS SO ORDERED**

Judge Edward J. Davila

2/13/2013

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL NEUMANN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY, MARGARET C. WHITMAN, LEO APOTHEKER, JAMES T. MURRIN, CATHERINE LESJAK, and MARK HURD,<br><br>　　　　Defendants. | Case No.: **C 13-00284_EJD**_____<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Neumann hereby dismisses all claims against defendants Hewlett-Packard Company, Margaret C. Whitman, Leo Apotheker, James T. Murrin, Catherine Lesjak, and Mark Hurd from the above-captioned action without prejudice as no party has filed an answer or a motion for summary judgment. The Clerk shall close this file.

Dated: February 11, 2013

JON C. FURGISON
LAW OFFICES OF JON C. FURGISON
444 Longfellow Avenue
Hermosa Beach, CA 90254
Tel: 310-356-6890

*Counsel for Plaintiff*

1